**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **SECOND NATURE DESIGNS LTD.**<br><br>                              **Plaintiff,**<br>                    v.<br><br>**UNITED STATES,**           **Defendant.** | **S U M M O N S**<br><br>Court No. 17-00271 |

**TO:**   The Attorney General and the Secretary of the Treasury:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. 1581(a) to contest the denial of the protest specified below (and the protests listed in the attached schedule).



                              /s/ Tina Potuto Kimble
                              Clerk of the Court

**PROTEST**

| Port of Entry:   0901 Buffalo, New York<br>                 3801 Detroit, MI | Date Protest Filed:   see attached list |
|---|---|
| Protest Number:   see attached list | Date Protest Denied:   see attached list. |
| **Importer:**  Second Nature Designs Ltd. | |
| **Category of Merchandise:**  Dried or bleached botanicals | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See attached list. | | | | | |
| | | | | | |
| | | | | | |

Port Director of Customs,
U.S. Customs & Border Protection
726 Exchange Street, Room 400
Buffalo, New York 14210

Port Director of Customs
2810 B West Fort Street, Suite #123
Detroit, MI  48216

*Address of Customs District in Which Protest Was Denied*

Maria Celis, Esq.
NEVILLE, PETERSON LLP
One Exchange Plaza, 55 Broadway
New York, New York 10006
(212) 635-2730

*Name, Address and Telephone Number of Plaintiff's Attorney*

1

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | **Statutory Basis** | **Statement of Value** |
| **Appraised:** | | |
| **Protest Claim:** | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | **Assessed** | | **Protest Claim** | |
| **Merchandise** | **Paragraph or Item Number** | **Rate** | **Paragraph or Item Number** | **Rate** |
| **Dried or bleached botanicals, which are subsequently dyed or painted** | 0604.90.60 | 7% ad valorem | 0604.90.30 | Duty free |

| **Other** |
|---|
| |

| **The issue which was common to all such denied protests:** |
|---|
| Classification of the subject merchandise. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

                                                          /s/Maria E. Celis
*Signature of Plaintiff's Attorney*

   November  17, 2017
*Date*

## SCHEDULE OF ENTRIES

| Protest No. | Date Protest Denied | Entry No. | Entry Date | Liquidation Date |
|---|---|---|---|---|
| 0901-16-100029 | 5/23/17 | 551-37742017 | 7/9/15 | 8/28/15 |
| | | 551-17825501 | 7/25/15 | 9/4/15 |
| | | 551-37746174 | 7/22/15 | 9/4/15 |
| | | 551-37746604 | 7/26/15 | 9/4/15 |
| | | 551-37746620 | 7/27/15 | 9/4/15 |
| | | 551-37746703 | 7/23/15 | 9/4/15 |
| | | 551-37747008 | 7/26/15 | 9/4/15 |
| | | 551-37747016 | 7/26/15 | 9/4/15 |
| | | 551-37765877 | 7/23/15 | 9/4/15 |
| | | 551-37766107 | 7/27/15 | 9/4/15 |
| | | 551-37766677 | 7/28/15 | 9/4/15 |
| | | 551-37780603 | 8/3/15 | 9/25/15 |
| | | 551-37792053 | 8/25/15 | 9/25/15 |
| | | | | |
| 0901-16-100040 | 5/23/17 | 551-37709172 | 9/24/15 | 10/6/15 |
| | | 551-37723751 | 10/20/15 | 10/30/15 |
| | | 551-37737389 | 7/17/15 | 11/6/15 |
| | | 551-37737058 | 7/16/15 | 1/22/16 |
| | | 551-37737223 | 7/16/15 | 1/22/16 |
| | | 551-37737371 | 7/17/2015 | 1/22/16 |
| | | 551-37738825 | 7/9/15 | 1/22/16 |
| | | 551-37745051 | 7/17/2015 | 1/22/16 |
| | | 551-37765190 | 7/16/2015 | 1/22/16 |
| | | 551-68728901 | 1/27/16 | 2/10/16 |
| | | 551-68864375 | 2/4/16 | 2/17/16 |
| | | | | |
| 0901-16-100143 | 5/23/17 | 551-37788408 | 8/24/2015 | 7/8/2016 |
| | | 551-37687824 | 9/1/2015 | 7/15/2016 |
| | | 551-37700536 | 9/4/2015 | 7/15/2016 |
| | | 551-37783789 | 9/3/2015 | 7/15/2016 |
| | | 551-37792525 | 9/4/2015 | 7/15/2016 |
| | | 551-37701377 | 9/15/2015 | 7/29/2016 |
| | | 551-37702110 | 9/15/2015 | 7/29/2016 |
| | | 551-37773731 | 8/10/15 | 6/24/16 |
| | | 551-37773749 | 8/10/15 | 6/24/16 |
| | | 551-37787863 | 8/21/15 | 7/1/16 |
| | | 551-37787582 | 8/20/15 | 7/1/16 |
| | | 551-37791220 | 8/18/15 | 7/1/16 |
| | | 551-37794182 | 8/19/15 | 7/1/16 |
| | | 551-37675563 | 8/24/15 | 7/8/16 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 0901-16-100181 | 5/23/17 | 551-36575159 | 8/21/15 | 7/1/16 |
| | | 551-37675738 | 8/27/15 | 7/1/16 |
| | | 551-37676207 | 8/31/15 | 7/15/16 |
| | | 551-37689093 | 9/18/15 | 7/29/16 |
| | | 551-37692709 | 8/31/15 | 7/15/16 |
| | | 551-37692956 | 9/3/15 | 7/15/16 |
| | | 551-37692972 | 9/3/15 | 7/15/16 |
| | | 551-37693095 | 9/4/15 | 8/12/16 |
| | | 551-37693145 | 9/4/15 | 7/15/16 |
| | | 551-37693582 | 9/11/15 | 7/22/16 |
| | | 551-37604051 | 9/16/15 | 7/29/16 |
| | | 551-37692550 | 8/27/15 | 7/8/16 |
| | | 551-37694689 | 9/23/15 | 8/5/16 |
| | | 551-37694820 | 9/24/15 | 8/5/16 |
| | | 551-37720161 | 9/29/15 | 8/12/16 |
| | | 551-37720914 | 10/2/15 | 8/12/16 |
| | | 551-37722605 | 10/14/15 | 8/26/16 |
| | | 551-37728610 | 10/13/15 | 8/26/16 |
| | | | | |
| 0901-16-100212 | 5/23/17 | 551-37742181 | 7/10/2015 | 5/20/2016 |
| | | 551-37772733 | 7/25/2015 | 6/3/2016 |
| | | 551-37747214 | 7/28/2015 | 6/10/2016 |
| | | 551-37758625 | 7/27/2015 | 6/10/2016 |
| | | 551-37790131 | 8/10/2015 | 6/24/2016 |
| | | 551-37782955 | 8/28/2015 | 7/1/2016 |
| | | 551-37790909 | 8/17/2015 | 7/1/2016 |
| | | 551-37791709 | 8/20/2015 | 7/1/2016 |
| | | 551-37792251 | 8/26/2015 | 7/8/2016 |
| | | 551-37777450 | 8/28/2015 | 7/8/2016 |
| | | 551-37789885 | 9/2/2015 | 7/15/2016 |
| | | 551-37717746 | 9/16/2015 | 7/29/2016 |
| | | 551-37710048 | 9/29/2015 | 8/12/2016 |
| | | 551-37726812 | 10/7/2015 | 8/19/2016 |
| | | 551-37727729 | 10/5/2015 | 8/19/2016 |
| | | 551-37722522 | 10/16/2015 | 8/26/2016 |
| | | 551-37729246 | 10/19/2015 | 9/2/2016 |
| | | 551-37800435 | 10/20/2015 | 9/2/2016 |
| | | 551-37800922 | 10/27/2015 | 9/9/2016 |
| | | 551-37825150 | 10/27/2015 | 9/9/2016 |
| | | 551-37825168 | 10/27/2015 | 9/9/2016 |
| | | 551-37801391 | 10/30/2015 | 9/9/2016 |
| | | 551-37801409 | 10/30/2015 | 9/9/2016 |
| | | 551-37811002 | 10/30/2015 | 9/9/2016 |
| | | 551-37811010 | 10/30/2015 | 9/9/2016 |
| | | 551-37708638 | 9/22/2015 | 9/16/2016 |

| | | | | |
|---|---|---|---|---|
| | | 551-37802480 | 11/10/2015 | 9/23/2016 |
| | | 551-37845414 | 11/16/2015 | 9/30/2016 |
| | | 551-37827974 | 11/24/2015 | 10/7/2016 |
| | | 551-37812349 | 12/8/2015 | 10/21/2016 |
| | | 551-37856759 | 12/16/2015 | 10/28/2016 |
| | | 551-37890774 | 12/16/2015 | 10/28/2016 |
| | | 551-19660633 | 11/19/2015 | 9/30/2016 |
| | | 551-19806343 | 11/30/2015 | 10/14/2016 |
| | | 551-37802035 | 11/6/2015 | 9/16/2016 |
| | | 551-37802530 | 11/10/2015 | 9/23/2016 |
| | | 551-37804155 | 11/18/2015 | 9/30/2016 |
| | | 551-37806762 | 11/6/2015 | 9/16/2016 |
| | | 551-37825598 | 11/2/2015 | 9/16/2016 |
| | | 551-37827701 | 11/23/2015 | 10/7/2016 |
| | | 551-37840985 | 11/2/2015 | 9/16/2016 |
| | | 551-37841207 | 11/3/2015 | 9/16/2016 |
| | | 551-37841215 | 11/3/2015 | 9/16/2016 |
| | | 551-37841892 | 11/16/2015 | 9/30/2016 |
| | | 551-37843781 | 11/30/2015 | 10/14/2016 |
| | | 551-37845976 | 11/19/2015 | 9/30/2016 |
| | | 551-37855363 | 12/4/2015 | 10/14/2016 |
| | | 551-37890717 | 12/15/2015 | 10/28/2016 |
| | | 551-37890808 | 12/15/2015 | 10/28/2016 |
| | | 551-38961608 | 12/15/2015 | 10/28/2016 |
| | | 551-38992140 | 10/26/2015 | 9/9/2016 |
| | | 551-68106991 | 12/15/2015 | 10/28/2016 |
| | | | | |
| 0901-17-100253 | 6/5/17 | 551-37896623 | 2/12/16 | 12/2/16 |
| | | 551-37849093 | 12/23/15 | 11/4/16 |
| | | 551-37857245 | 12/21/15 | 11/4/16 |
| | | 551-37885535 | 12/21/15 | 11/4/16 |
| | | 551-37885725 | 12/23/15 | 11/4/16 |
| | | 551-68268783 | 12/24/15 | 11/4/16 |
| | | 551-37849390 | 1/5/16 | 11/18/16 |
| | | 551-68371330 | 1/5/16 | 11/18/16 |
| | | 551-37873762 | 1/15/16 | 11/25/16 |
| | | 551-68503189 | 1/13/16 | 11/25/16 |
| | | 551-68504377 | 1/13/16 | 11/25/16 |
| | | 551-68647291 | 1/22/16 | 12/2/16 |
| | | 551-68649610 | 1/22/16 | 12/2/16 |
| | | 551-37858375 | 1/27/16 | 12/9/16 |
| | | 551-68728984 | 1/27/16 | 12/9/16 |
| | | 551-68759898 | 1/29/16 | 12/9/16 |

| | | | | |
|---|---|---|---|---|
| | | 551-68763197 | 1/29/16 | 12/9/16 |
| | | 551-37895559 | 2/1/16 | 12/16/16 |
| | | 551-68864409 | 2/4/16 | 12/16/16 |
| | | 551-68864433 | 2/4/16 | 12/16/16 |
| | | 551-37863995 | 1/22/16 | 12/2/16 |
| | | 551-68676084 | 1/25/16 | 12/9/16 |
| | | 551-68897656 | 2/8/16 | 12/23/16 |
| | | 551-69049901 | 2/17/16 | 12/30/16 |
| | | 551-69053465 | 2/17/16 | 12/30/16 |
| | | 551-69073539 | 2/18/16 | 12/30/16 |
| | | 551-69074651 | 2/18/16 | 12/30/16 |
| | | 551-69074875 | 2/18/16 | 12/30/16 |
| | | | | |
| 0901-17-100413 | 7/6/17 | 551-74194023 | 12/20/16 | 1/3/17 |
| | | 551-74011573 | 12/9/16 | 1/13/17 |
| | | 551-69853328 | 12/26/16 | 2/17/17 |
| | | 551-70146746 | 12/14/16 | 3/10/17 |
| | | | | |
| 3801-16-100096 | 10/30/17 | 551-1953945 | 11/13/15 | 11/27/15 |
| | | | | |
| 3801-16-100282 | 10/20/17 | 551-18311493 | 8/26/15 | 7/8/16 |
| | | 551-18539770 | 9/10/15 | 7/22/16 |
| | | 551-18603519 | 9/14/15 | 7/29/16 |
| | | | | |
| 3801-16-100334 | 10/20/17 | 551-18311980 | 9/9/15 | 7/8/16 |
| | | 551-18649967 | 9/28/15 | 7/29/16 |
| | | | | |
| 3801-16-100356 | 10/20/17 | 551-37784134 | 9/9/15 | 7/22/16 |
| | | 551-19382162 | 11/7/15 | 9/16/16 |
| | | 551-19553457 | 11/13/15 | 9/23/16 |
| | | | | |

6