**UNITED STATES COURT OF INTERNATIONAL TRADE**

```
------------------------------------------------------X
                                         :
SECOND NATURE DESIGNS,                   :
LIMITED                                  :
                                         :
              Plaintiff                  :
                                         :
              v.                         :       Court No. 17-271
                                         :
THE UNITED STATES,                       :
                                         :
              Defendant.                 :
------------------------------------------------------X
```

## COMPLAINT

1.  Plaintiff Second Nature brings this action seeking the review of a decision concerning the classification, under the Harmonized Tariff Schedule of the United States (HTSUS), of certain imported dried botanicals that are subsequently painted, dyed or glittered. This action is commenced to challenge the United States Customs and Border Protection denial of plaintiff's protests challenging the classification of dried botanicals under the Harmonized Tariff Schedule of the United States (HTSUS).

## JURISDICTION

2.  This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §1581(a).

3.  All liquidated, duties, taxes, and charges were paid prior to the commencement of this action.

1

.

## PARTIES

4.    Plaintiff Second Nature Limited ("Second Nature") is a corporation organized and existing under the Laws of Canada.   Located in Rockton, Ontario, it is a non-resident importer and wholesaler of natural home decor botanical goods.

5.    Defendant, United States, is the Federal defendant.   Its agency United States Customs and Border Protection is responsible, inter alia, for the processing of protests filed pursuant to Section 514 of the Tariff Act of 1930, as amended [19 U.S.C. §1514], and has a statutory obligation, pursuant to 19 U.S.C. §1515, to review protests and to allow or deny them in whole or in part.

## STANDING

6.    Plaintiff is the importer of record of the merchandise which is the subject of this action, and is the real party in interest.

## STATEMENT OF FACTS

7.    The merchandise in question consists of certain natural branches, flowers, wood, and similar merchandise which is dried and decorated. They are produced in various countries, including India and Thailand, and are imported into Canada.

8.    Once at Second Nature's facility in Canada, these products undergo

additional processes to adorn or gloss them.   These processes might consist of dyeing the dried botanicals to give them a particular color, lacquering them for a glossier appearance, applying metallic glitter, or painting them a particular color. After the merchandise is further altered or decorated, it is placed in ovens to be dried yet again. Each of the articles at issue is a dried botanical which has been subjected to one or more of the operations, of dyeing, lacquering, glitter coating or painting. The products are then imported from Canada to the United States.

9.     Representative examples of the subject merchandise are shown below in Figures 1 through 4.



Figure 1



Figure 2

3



**Lata Star Small**
Colour Shown: Gold Glitter
Additional Glitters:
Champagne, Frosted, Red, Silver
**Additional Colours:** Natural, Red, White Wash

Figure 3

**Milo Berries**
Colour Shown: Burgundy
Additional Colours:
Mahogany, Moss, Mustard, Natural, Terracotta

Figure 4

9.      Second Nature believes these goods are properly classified under subheading

0604.90.3000, HTSUS, as "Foliage, branches and other parts of plants, without flowers or flower

buds, and grasses, mosses and lichens, being goods of a kind suitable for bouquets or for

ornamental purposes, fresh, dried, dyed, bleached, impregnated or otherwise prepared: Other:

dried or bleached."   Goods entered under this subheading are entitled to unconditional duty free

treatment.

10.     From July 9, 2015 to December 26, 2016, Second Nature imported dried or bleached

botanicals at the Ports of Buffalo, New York and Detroit, Michigan, under cover of the Customs

consumption entries shown on the Summons in this case.   Customs liquidated these entries

under HTS Subheading 0604.90.60, as "Foliage, branches and other parts of plants, without flowers or flower buds, and grasses, mosses and lichens, being goods of a kind suitable for bouquets or for ornamental purposes, fresh, dried, dyed, bleached, impregnated or otherwise prepared: Other: Other[than dried or bleached], and assessed duty at the rate of 7% *ad valorem*.

11.     Plaintiff timely filed with the Port Director of Customs at the Port of Buffalo, New York, and with the Port Director of Customs at the Port of Michigan, Detroit, the following protests:

| Protests | Date Filed | Date Denied |
|---|---|---|
| 0901-16-100029 | 2/23/2016 | 5/23/2017 |
| 0901-16-100040 | 3/10/2016 | 5/23/2017 |
| 0901-16-100143 | 8/3/2016 | 5/23/2017 |
| 0901-16-100181 | 9/8/2016 | 5/23/2017 |
| 0901-16-100212 | 11/1/2016 | 5/23/2017 |
| 0901-17-100253 | 1/3/2017 | 6/5/2017 |
| 0901-17-100413 | 6/29/2017 | 7/6/2017 |
| 3801-16-100096 | 3/10/2016 | 10/30/2017 |
| 3801-16-100282 | 8/2/2016 | 10/20/2017 |
| 3801-16-100334 | 9/9/2016 | 10/20/2017 |
| 3801-16-100356 | 10/11/2016 | 10/20/2017 |

See Complaint Exhibit A, which are the best evidence of their contents. Plaintiff's protest contested the classification and rate and amount of duty assessed in liquidation, pursuant to 19 U.S.C. §1514(a)(2).

12.     On May 8, 2017, Customs issued Headquarters Ruling Letter H279097, again confirming the 0604.90.60 classification for the further worked dried or bleached botanicals that they are properly classified under HTS Subheading 0604.90.60.    Customs cited to rulings where it considered numerous other botanical products and found that dried natural goods which were

decorated beyond bleaching or drying were classified under 0604.90.600.

13.     On May 23, 2017, June 5, 2017, October 10, 2017, and October 20, 2017 Customs denied

the underlying protests to this action. On November 17, 2017, plaintiff timely filed a summons in

this case.

## COUNT I

14.     Plaintiff repeats and incorporates by reference paragraphs 1 through 13 as

though they were fully set forth herein.

15.     The subject dried botanicals were liquidated under:

0604:     Foliage, branches and other parts of plants, without flowers or flower buds, and
          grasses, mosses and lichens, being goods of a kind suitable for bouquets or for
          ornamental purposes, fresh, dried, dyed, bleached, impregnated or otherwise
          prepared:

\*                 \*                 \*                 \*                 \*

0604.90     Other:

\*                 \*                 \*                 \*

0604.90.6000          Other…                                              7 %

Under this subheading the goods are dutiable at 7% *ad valorem*.

16.     However, all subject botanicals are imported into Canada from Thailand,

China, or India, in a dried preserved condition.   They are then decorated by dying, painting, or

covering the botanicals in glitter. They remained "dried" or "bleached" in their condition as imported into the United States.

17.    Since an *eo nomine* provision captures all forms of the named article, the subject dried botanicals are classified under HTS Subheading 0604.90.30, which provides for:

| 0604: | Foliage, branches and other parts of plants, without flowers or flower buds, and grasses, mosses and lichens, being goods of a kind suitable for bouquets or for ornamental purposes, fresh, dried, dyed, bleached, impregnated or otherwise prepared: | | | |

| * | * | * | * | * |

| 0604.90 | Other | | | |

| | * | * | * | * |

| 0604.90.3000 | Dried or bleached… | | | Free |

18.    Nothing in HTS Subheading 0604.90.30 prohibits the dyeing, painting, lacquering or covering of these foliage goods in glitter or other matter.

19.    Moreover, goods may only be classified in a basket provision such as 0604.90.60, if no other provision specifically covers the goods.

20.    Given that HTS Subheading 0604.90.30 is a more specific provision which covers the dried or bleached botanicals or foliage, which have been further worked by dyeing,

painting, or being subjected to glitter, the subject merchandise is classified under 0604.90.30.

## PRAYER FOR RELIEF

Wherefore, plaintiff Second Nature respectfully prays that this Court enter judgment in its favor, and enter an order directing United States Customs and Border Protection at the Ports of Detroit and Buffalo reliquidate the entries subject to this action under HTS Subheading 0604.90.30; refunding any deposited duties under 0604.90.60; and awarding plaintiff such further and additional relief as this Court may deem just.

Respectfully submitted,
Neville Peterson LLP
Counsel for Plaintiff Second Nature
    Designs, Limited
One Exchange Plaza at 55 Broadway
New York, NY 10006
(212) 635-2730
(212) 635-2734 (Fax)


By:     /s/John M. Peterson
        John M. Peterson
        Maria E. Celis

Dated: December 20, 2017