UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

```
------------------------------------------------------------------------ X
SECOND NATURE DESIGNS, LTD.                    :
                                               :
        Plaintiff,                             :
                                               :
        v.                                     :        Court No. 17-00271
                                               :
UNITED STATES OF AMERICA,                      :
                                               :
        Defendant.                             :
------------------------------------------------------------------------ X
```

## JOINT STATUS REPORT

Pursuant to this Court's order dated February 19, 2021, *see* ECF 51, the parties submit this Joint Status Report. As stated in the parties' previously submitted status reports, on August 7, 2020, Defendant filed a Motion to Compel Plaintiff to Supplement Its Responses to Defendant's Interrogatories and Requests for Production. *See* ECF 38. Since that time, the parties have continued to engage in discovery. On April 6, 2021, the parties came to agreement on a list of the 853 individual product styles that Plaintiff believes are covered by the claims in its complaint in this litigation. Also on April 6, 2021, Plaintiff indicated to Defendant that Plaintiff believes one additional product style is also at issue in this litigation, and provided new factual information concerning one additional product style. In regards to this final product, Defendant has requested that if Plaintiff intends to litigate this additional product style, Plaintiff should provide Defendant with information regarding two of the several components of the product's recipe, and clarification regarding the proper name of the product. Defendant noted that the name of the product in the spreadsheet that Plaintiff provided is not the same as the name of the product that Plaintiff wishes to add to the list of 853 subject product styles. In addition, the parties are continuing discussion

to work towards a resolution in determining whether a simple stipulation or a motion to amend the summons will be needed to drop entries which Plaintiff will no longer litigate.

Although the parties are close to agreeing on the complete universe of styles at issue in this case, Defendant still expects Plaintiff to respond fully to all of Defendant's pending discovery requests. By describing in detail each style at issue in this case, Plaintiff has attempted to respond fully to Defendant's Interrogatories Nos. 3 and 4 ("3. Describe in detail the merchandise at issue in this litigation, including, but not limited to, each and every style number or item number, physical characteristics of each item and/or corresponding identifying marks," and "4. Describe in detail the manufacturing and production processes for each and every style or item number of the merchandise at issue in this litigation."). *See* Def. Mot. to Compel, at 2 (ECF 38). However, Plaintiff has not yet provided the source documents for the information contained in the summary Excel spreadsheets that it has provided to Defendant since the Motion to Compel was filed, as requested in Defendant's Request for Production (RFP) No. 1 ("1. Identify and produce all documents which contain facts and/or the information necessary for the plaintiff to respond to defendant's first interrogatories, regardless of whether plaintiff relied on the document, and correlate each document with the specific interrogatory response(s)."). *See id.*, Exh. 2. Defendant also expects Plaintiff to complete and/or supplement its responses to Defendant's RFPs Nos. 4-8. *See id.*, RFP Nos. 4-8.

In addition, once Plaintiff has completed its responses to Defendant's discovery requests, Defendant intends to depose plaintiff, through a designated agent, on the complete and accurate universe of subject styles at issue, including styles that were previously inaccurately or incompletely described or not disclosed. Further, Defendant has now obtained sufficient information regarding the nature of the styles at issue such that upon review, it intends to seek

internal agency approval to assert counterclaims resulting from new styles that were previously undisclosed or styles that were previously inaccurately or incompletely described.

Plaintiff does not agree with the defendant's point of view on all of the above statements, including but not limited to the need for further depositions and possible counterclaims being filed after years of litigation. However, Plaintiff does agree that some issues may be further resolved with further cooperation between the parties.

In light of the above, the parties jointly request that this Court enter a further order requiring the Filing of a Joint Status Report on April 21, 2021 and continue to hold Defendant's Motion in abeyance while the parties continue to work together.

Respectfully submitted,

| | |
|---|---|
| /s/ John M. Peterson<br>John M. Peterson<br>Patrick B. Klein<br>NEVILLE PETERSON LLP<br>One Exchange Plaza<br>55 Broadway, Suite 2602<br>New York, NY 10006<br>(212)-635-2730<br>jpeterson@npwny.com<br>*Counsel for Second Nature Designs, Ltd.* | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>JEANNE E. DAVIDSON<br>Director<br><br>By:  /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Brandon A. Kennedy<br>BRANDON A. KENNEDY<br>Trial Attorney<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza – Suite 346<br>New York, New York 10278<br>(212) 264-9237<br>*Attorneys for Defendant* |

Dated: April 7, 2021