# EXHIBIT A

| PRODUCT DESCRIPTION | ITEM NO. |
|---|---|
| Apple - Stemmed Red - Consumer Pack | 3418 |
| Apple - Stemmed Orange - Consumer Pack | 10040 |
| Apple - Stemmed Red - Consumer Pack | 10040 |
| Badam Pod Mahogany - Consumer Pack | 00220 |
| Badam Pod White Wash - consumer pack | 03292 |
| Badam Pod Terracotta - Consumer Pack | 03418 |
| Badam Pod Mahogany - Consumer Pack | 03418 |
| Badam Pod White Wash - Consumer Pack | 03419 |
| Badam Pod Natural - Consumer Pack | 03418 |
| Badam Pod Mahogany - Bulk Pack | 20301 |
| Badam Pod Natural - Value Pack | 20331 |
| Badam Pod Moss - Consumer Pack | 20342 |
| Badam Pod Terracotta - Consumer Pack | 20343 |
| Badam Pod Moss - Bouquet | 53970 |
| Bamboo Black Glitter | 00277 |
| Bamboo Moss - Bulk Pack | 10102 |
| Bamboo Mahogany - Value Pack | 10131 |
| Bamboo Burgundy - Value Pack | 10135 |
| Bamboo Teracotta/Mustard Mix - Value Pack | 10139 |
| Bamboo Mahogany - Consumer Pack | 10141 |
| Banana Stem Lime Glitter - Value Pack | 00074 |
| Banana Stem Orange Glitter - Value  Pack | 00353 |
| Banana Stem Black Glitter - Value  Pack | 00355 |
| Banana Stem White Wash - Bulk Pack | 01123 |
| Banana Stem Natural - Value Pack | 10330 |
| Banana Stem Mahogany - Value Pack | 10331 |
| Banana Stem Orange Glitter - Value Pack | 10353 |
| Banana Stem Black Glitter - Value Pack | 10355 |
| Banana Stem Copper Glitter - Value Pack | 55534 |
| Banana Stem Black - Value Pack | 55535 |
| Banana Stem White Wash - Value Pack | 55536 |
| Banana Stem Gold Glitter - Value Pack | 65531 |
| Banana Stem Red Glitter - Value Pack | 65532 |
| Banana Stem Silver Glitter - Value Pack | 65533 |
| Banana Stem Copper Glitter - Value Pack | 65534 |
| Banana Stem White Wash - Value Pack | 65536 |
| Bear Grass Navy Blue - Value Pack | 4260 |
| Bell Cup Stemmed Natural - Value Pack | 22930 |
| Bell Cup Stemmed Gold Glitter - Consumer Pack | 60241 |
| Bell Cup Stemmed Red Glitter - Consumer Pack | 60242 |
| Bell Cup Stemmed Silver Glitter - Consumer Pack | 60243 |
| Birch Slices - Consumer Pack | 03418 |
| Birch Stakes - Value Pack | 03422 |
| Adler Branches White Wash - Value Pack | 67936 |

| | |
|---|---|
| Branches 3-4ft Champagne Glitter - Consumer Pack | 00028 |
| Branches 3-4ft White with Silver Glitter - Consumer Pack | 00258 |
| Branches 3-4 ft Ice Blue Glitter - Value Pack | 835 |
| Branches 3-4 ft Champagne Glitter - Value Pack | 860 |
| Branches 3-4ft Black - Consumer Pack | 01249 |
| Branches 3-4ft Mahogany - Consumer Pack | 01252 |
| Branches 3-4ft Mahogany - Value Pack | 01284 |
| Branches Orange Glitter (ordered as #10753) | 01307 |
| Branches 3-4ft Sliver Glitter - Bulk Pack | 01334 |
| Branches 6ft Silver - Value Pack | 01425 |
| Branches 6ft White with Silver Glitter - Value Pack | 01429 |
| Branches 3-4ft Frosted Glitter - Value Pack | 03231 |
| Branches 3-4ft Frosted Glitter - Consumer Pack | 03232 |
| Ice Branches - Consumer Pack | 03419 |
| Branches 6ft Frosted Glitter - Value Pack | 03678 |
| Branches 3-4ft Burgundy - Value Pack | 10635 |
| Branches 3-4ft Natural - Consumer Pack | 10640 |
| Jay Branches Natural Silver Dipped - Value Pack | 03503 |
| Jay Branches Mahogany - Value Pack | 12731 |
| Jay Branches Black - Value Pack | 12734 |
| Jumbo Branch Sheave Natural - Value Pack | 11030 |
| Branches 3-4ft Gold Glitter - Bulk Pack | 60401 |
| Branches 3-4ft Red Glitter - Bulk Pack | 60402 |
| Branches 3-4ft White Wash - Bulk Pack | 60406 |
| Branches 3-4ft Snow - Bulk Pack | 60409 |
| Branches 3-4ft Gold Glitter - Value Pack | 60431 |
| Branches 3-4ft Red Glitter - Value Pack | 60432 |
| Branches Copper Glitter (ordered as 10751) | 60434 |
| Branches 3-4ft Copper Glitter - Value Pack | 60434 |
| Branches 3-4ft White Wash - Value Pack | 60436 |
| Branches 3-4ft Gold Glitter - Consumer Pack | 60441 |
| Branches 3-4ft Red Glitter - Consumer Pack | 60442 |
| Branches 3-4ft Silver Glitter - Consumer Pack | 60443 |
| Branches 3-4ft Copper Glitter - Consumer Pack | 60444 |
| Branches 3-4ft White with Silver Glitter - Consumer | 60446 |
| Branches 3-4ft White Wash - Consumer Pack | 60446 |
| Branches 3-4ft White Wash - Consumer Pack | 60449 |
| Branches 3-4ft Snow - Consumer Pack | 60449 |
| Ice Branches - Bulk Pack | 63100 |
| Ice Branches - Value Pack | 63130 |
| Ice Branches - Consumer Pack | 63140 |
| Branches 6ft Gold Glitter - Value Pack | 69931 |
| Branches 6ft Silver Glitter - Value Pack | 69933 |
| Buddha Nut White Wash - Bulk Pack | 00545 |
| Buddha Nut Black - Value Pack | 01516 |

| | |
|---|---|
| Buddha Nut Mahogany - Value Pack | 01518 |
| Buddha Nut Copper Glitter - Value Pack | 01522 |
| Buddha Nut Gold Glitter - Value Pack | 01523 |
| Buddha Nut Red Glitter - Value Pack | 01526 |
| Buddha Nut Silver Gllitter - Value Pack | 01527 |
| Buddha Nut Red Glitter - Bulk Pack | 01539 |
| Buddha Nut Natural - Value Pack | 20530 |
| Buddha Nut White Wash - Value Pack | 56236 |
| Buddha Nut Natural - Bulk Pack | 66200 |
| Buddha Nut White Wash - Value Pack | 66236 |
| Cane Circle Lime Glitter - Consumer Pack | 00002 |
| Cane Circle Purple Glitter - Consumer Pack | 00870 |
| Cane Circle White with silver Glitter - Consumer Pack | 00992 |
| Cane Circle Champagne Glitter - Cons | 01080 |
| Cane Circle Ice Blue Glitter - Consumer Pack | 01546 |
| Cane Circle Silver - Consumer Pack | 01548 |
| Cane Circle Champagne Glitter - Bulk Pack | 01574 |
| Cane Circle Red Glitter - Bulk Pack | 61302 |
| Cane Circle Copper Glitter - Bulk Pack | 61304 |
| Cane Circle Red Glitter - Value Pack | 61332 |
| Cane Circle Gold Glitter - Consumer Pack | 61341 |
| Cane Circle Red Glitter - Consumer Pack | 61342 |
| Cane Circle Silver Glitter - Consumer Pack | 61343 |
| Cane Circle Copper Glitter - Consumer Pack | 61344 |
| Cone Spring SN Assorted Christmas - Consumer Pack | 01110 |
| Cane Spring Champagne Glitter - Consumer Pack | 01639 |
| Cane Spring Copper Glitter - Consumer Pack | 01640 |
| Cane Spring Gold Glitter - Consumer Pack | 01641 |
| Cane Spring Lime Glitter - Consumer Pack | 01644 |
| Cane Spring Red Glitter - Consumer Pack | 01646 |
| Cane Spring Silver Glitter - Consumer Pack | 01648 |
| Cane Spring Bright Lime - Consumer Pack | 01652 |
| Cane Spring Bright Orange - Consumer Pack | 01653 |
| Cane Spring Bright Pink - Consumer Pack | 01654 |
| Cane Spring Bright Purple - Consumer Pack | 01655 |
| Cane Spring Bright Yellow - Consumer Pack | 01656 |
| Cane Spring Gold Glitter - Bulk Pack | 01689 |
| Cane Spring Red Glitter - Bulk Pack | 01694 |
| Cane Spring Red - Bulk Pack | 02083 |
| Cane Spring Red - Consumer Pack | 02084 |
| Cane Spring White with Silver Glitter - Consumer pack | 03100 |
| Cane Spring White - Consumer Pack | 03101 |
| Cane Spring Red Glitter - Consumer Pack | 03419 |
| Cane Step Bleach - Value Pack | 03482 |
| Canella Berries Red - Bulk Pack | 61900 |

| | |
|---|---|
| Cattail Assortment Box | 02833 |
| Cattails SN Assorted Everyday - Consumer Pack | 00261 |
| Cattails Dark Brown | 00434 |
| Cattails Mustard - Value Pack | 01708 |
| Cattails Terracotta - Value Pack | 01709 |
| Cattails Dark Brown - Bulk Pack | 11801 |
| Cattails Natural - Value Pack | 11830 |
| Cattails Dark Brown - Value Pack | 11831 |
| Cattails Dar Brown - Consumer Pack | 11841 |
| Cattails Terracotta - Consumer Pack | 11843 |
| Cattails Burgundy - Consumer Pack | 11845 |
| Cattails Mustard - Consumer Pack | 11846 |
| Christmas Trees Gold Glitter - Consumer Pack | 03322 |
| Christmas Trees Silver Glitter - Consumer Pack | 03323 |
| Christmas Trees Red Glitter - Consumer Pack | 03324 |
| Christmas Trees Natural - Consumer Pack | 03365 |
| Cigar Millet VP Custome Assorted Everyday - Mixed Colour Case | 01358 |
| Cigar Millet Orange Painted - Value Pack | 01725 |
| Cigar Millet Lime Green - Consumer Pack | 01716 |
| Cigar Millet Bright Orange - Consumer Pack | 01718 |
| Cigar Millet Bright Yellow - Consumer Pack | 01721 |
| Cigar Millet SN Assorted Everyday - Consumer Pack | 03388 |
| Cigar Millet Mustard - Consumer Pack | 03418 |
| Cigar Millet Terracotta - Consumer pack | 03418 |
| Cigar Millet Mahogany - Value Pack | 11931 |
| Cigar Millet Terracotta - Value Pack | 11933 |
| Cigar Millet Burgundy - Value Pack | 11935 |
| Cigar Millet Mustard - Value Pack | 11936 |
| Cigar Millet Mahogany - Consumer Pack | 11941 |
| Cigar Millet Moss - Consumer Pack | 11942 |
| Cigar Millet Terracotta - Consumer Pack | 11943 |
| Cigar Millet Black - Consumer Pack | 11944 |
| Cigar Millet Burgundy - Consumer Pack | 11945 |
| Cigar Millet Mustard - Consumer Pack | 11946 |
| Cigar Millet SN Assorted Everyday - Consumer Pack | 11949 |
| Coco Cup Burgundy - Value Pack | 03668 |
| Coco Cup White Wash - Value Pack | 03670 |
| Coco Cup Natural - Value Pack | 22730 |
| Coco Cup Mahogany - Value Pack | 22731 |
| Coco Cup Red - Bulk Pack | 69700 |
| Coco Cup Red Glitter -Value Pack | 69730 |
| Coco Pumpkins - Stemmed Natural - Value Pack | 03174 |
| Coco Pumpkins - Stemmed - Value Pack | 3508 |
| Coco Pumpkins - Flip Bag | 3509 |
| Coco Pumpkins - Stemmed White - Consumer Pack | 03652 |

| | |
|---|---|
| Curly Ting Purple Glitter - Consumer Pack | 00488 |
| Curly Ting Champagne Glitter - Consumer Pack | 00949 |
| Curly Ting SN Assorted Christmas - Consumer Pack | 129 |
| Curly Ting SN Assorted Christmas Consumer Pack | 01129 |
| Curly Ting Lime Glitter - Consumer Pack | 01760 |
| Curly Ting Silver - Consumer Pack | 01762 |
| Curly Ting Champagne Glitter - Bulk Pack | 01798 |
| Curly Ting Gold Glitter - Consumer Pack | 03419 |
| Curly Ting Champagne Glitter - Consumer Pack | 03419 |
| Curly Ting Red Glitter - Bulk Pack | 62200 |
| Curly Ting Gold Glitter - Bulk Pack | 62201 |
| Curly Ting Silver Glitter - Bulk Pack | 62203 |
| Curly Ting Red - Consumer Pack | 62240 |
| Curly Ting Gold Glitter - Consumer Pack | 62241 |
| Curly Ting Red Glitter - Consumer Pack | 62242 |
| Curly Ting Silver Glitter - Consumer Pack | 62243 |
| Curly Ting Copper Glitter - Consumer Pack | 62244 |
| Curly Ting White with Silver Glitter - Consumer Pack | 62246 |
| Curly Willow 6ft - Dyed SN Assorted Everyday - Value Pack | 03583 |
| Curly Willow 6ft - Dyed SN Assorted Everyday - Value Pack | 03583 |
| Deco Flowers Natural - Value Pack | 16230 |
| Deco Flowers Orange - Value Pack | 01633 |
| Deco Flowers Orange - Bulk Pack | 01885 |
| Deco Flowers Orange - Value Pack | 3424 |
| Deco Flowers Orange - Value Pack | 16233 |
| Deco Flowers VP Customer Asstd Everyday - Mixed Colour Case | 3200 |
| Deco Flowers Red - Value Pack | 3424 |
| Deco Flowers Red - Value Pack | 16234 |
| Deco Flowers Red - Value Pack | 16235 |
| Deco Flowers Red - Value Pack | 16237 |
| Deco Flowers Yellow - Value Pack | 3424 |
| Deco Flowers Yellow - Value Pack | 16236 |
| 5ft - Deco Branches Mahogany - Value Pack | 12431 |
| Deco Branches - Black - Value Pack | 12432 |
| 5ft - Deco Branches Black - Value Pack | 12434 |
| Driftwood on Stem Natural - Value Pack | 01252 |
| Driftwood Large Natural - Single Item | 03297 |
| Driftwood on Stem Natural - Value Pack | 03366 |
| Driftwood on Stem Bleach - Value Pack | 03367 |
| Driftwood Bleach - XL Bag | 03394 |
| Driftwood Bleach - XL Bag | 03405 |
| Driftwood White Wash - XL Bag | 03405 |
| Driftwood on Stem White Wash - Value Pack | 03406 |
| Driftwood Natural - Value pack | 03422 |
| Driftwood Bleach - value pack | 03422 |

| | |
|---|---|
| Driftwood Large White Wash - Single Item | 03585 |
| Driftwood Natural - Single Item | 03687 |
| Dula Log Lime Glitter - Value Pack | 00204 |
| Dula Log Red Glitter - Value Pack | 00294 |
| Dula Log Ice Blue Glitter - Value Pack | 01907 |
| Dula Log Pink Painted - Value Pack | 01914 |
| Dula Log Terracotta - Value Pack | 01905 |
| Dula Log Bleach - Value Pack | 03425 |
| Dula Log Mahogany - Bulk Pack | 12801 |
| Dula Log Bleach - Value Pack | 12830 |
| Dula Log Mahogany - Value Pack | 12831 |
| Dula Log Red - Value Pack | 63032 |
| Dula Log Copper Glitter - Value Pack | 63034 |
| Harvest Corn - Consumer Pack | 03420 |
| Harvest Corn Bundle - Large Copper Wash - Jumbo Bag | 3526 |
| Kambu Balls 8cm - Stemmed Purple Glitter - Consumer Pack | 00030 |
| Kambu Balls 8cm - Stemmed Lime Glitter - Consumer Pack | 00032 |
| Kambu Balls 8cm - Stemmed Ice Blue Glitter - Consumer Pack | 00033 |
| Kambu Balls 8cm - Stemmed Champagne Glitter - Consumer Pack | 00034 |
| Kambu Balls 8cm - Stemmed Red Glitter - Consumer Pack | 00034 |
| Kambu Balls 8cm - Stemmed Lime Glitter -Value Pack | 00185 |
| Kambu Balls 8cm - Stemmed Ice Blue Glitter - Value Pack | 00187 |
| Kambu Balls 8cm - Stemmed Champagne Glitter - Value Pack | 00189 |
| Kambu Balls 8cm - Stemmed Red Glitter - Consumer Pack | 00210 |
| Kambu Balls 10cm - Stemmed Purple Glitter - Value Pack | 00533 |
| Kambu Balls 8cm - Stemmed White with Silver Glitter - Value Pack | 00704 |
| Kambu Balls 10 cm - Stemmed Champagne Glitter - Value Pack | 00873 |
| Kambu Balls 10cm - Stemmed Champagne Glitter - Bulk Pack | 00895 |
| Kambu Balls 8cm - Stemmed SN Assorted Christmas - Consumer Pack | 01143 |
| Kambu Balls 6cm - Stemmed Gold - Bulk Pack | 02063 |
| Kambu Balls 8cm - Stemmed Moss - Consumer Pack | 02069 |
| Kambu Balls 10cm - Stemmed Red - Bulk Pack | 02160 |
| Kambu Balls Red Glitter - Consumer pack | 03419 |
| Kambu Balls Gold Glitter - Consumer pack | 03419 |
| Kambu Balls 10 cm - Stemmed Red - Value Pack | 63230 |
| Kambu Balls 8cm - Stemmed Natural - Bulk Pack | 63300 |
| Kambu Balls 8cm - Stemmed Red Glitter - Bulk Pack | 63302 |
| Kambu Balls 8cm - Stemmed Silver Glitter - Bulk Pack | 63303 |
| Kambu Balls 8cm - Stemmed Gold Glitter - Value Pack | 63331 |
| Kambu Balls 8cm - Stemmed Red Glitter - Value Pack | 63332 |
| Kambu Balls 8cm - Stemmed Silver Glitter - Value Pack | 63333 |
| Kambu Balls 8cm - Stemmed Gold Glitter - Consumer Pack | 63341 |
| Kambu Balls 8cm - Stemmed Silver Glitter - Consumer Pack | 63343 |
| Kambu Balls 8cm - Stemmed Copper Glitter | 63344 |
| Kambu Balls 8cm - Stemmed Gold Glitter - Consumer Pack | 66341 |

| | |
|---|---|
| Kambu Balls 8cm - Stemmed CopperGlitter - Consumer Pack | 66344 |
| Kambu Mix Orange - XL Bag | 03569 |
| Kuwa Champagne Glitter - Value Pack | 00020 |
| Kuwa Red - Value Pack | 00149 |
| Kuwa White with Silver Glitter - Value Pack | 00269 |
| Kuwa Purple Painted - Value Pack | 01024 |
| Kuwa Yellow Painted - Value Pack | 01025 |
| kuwa Orange Glitter - Value Pack | 02178 |
| Kuwa Burgundy - Bulk Pack | 02181 |
| Kuwa Mustard - Bulk Pack | 02185 |
| Kuwa Terracotta - Bulk Pack | 02188 |
| Kuwa Yellow - Value Pack | 03425 |
| Kuwa Bleach - Value Pack | 03425 |
| Kuwa Terracotta - Value Pack | 03425 |
| Kuwa Natural Silver Dipped - Value Pack | 03504 |
| Kuwa Bleach - Value Pack | 13430 |
| Kuwa Mahogany - Value Pack | 13431 |
| Kuwa Moss - Value Pack | 13432 |
| Kuwa Terracotta - Value pack | 13433 |
| Kuwa Burgundy - Value Pack | 13435 |
| Kuwa Mustard - Value pack | 13436 |
| Lata Star - Mixed Lime Glitter - Consumer Pack | 00093 |
| Lata Star - Mixed Champagne Glitter - Consumer Pack | 00222 |
| Lata Star - Mixed Ice Blue Glitter - Consumer Pack | 223 |
| Lata Star - Mixed Red - Consumer Pack | 00324 |
| Lata Star - Mixed Purple Glitter - Consumer Pack | 00325 |
| Lata Star - Mixed White with silver Glitter - Consumer Pack | 00350 |
| Lata Star - Mixed Purple Glitter - Value Pack | 00372 |
| Lata Star - Mixed Ice Blue Glitter - Value Pack | 00374 |
| Lata Star - Large Gold Glitter - Bulk Pack | 00857 |
| Lata Star Mix SN Assorted Christmas - Consumer Pack | 01149 |
| Lata Star - Mixed SN Assorted Christmas - Consumer Pack | 01153 |
| Lata Star - Large Champagne Glitter - Value Pack | 2336 |
| Lata Star - Small Gold Glitter - Gold pack | 02347 |
| Lata Star - Large Copper Glitter - Bulk Pack | 02353 |
| Lata Star - Small Champagne Glitter - Consumer Pack | 02400 |
| Lata Star - Small Gold Glitter | 02437 |
| Lata Star - Small Red Glitter - Bulk Pack | 02443 |
| Lata Star Mix Red Glitter - Consumer Pack | 03419 |
| Lata Star Mix Gold Glitter - Consumer Pack | 03419 |
| Lata Star Mix CP Customer Assorted Christmas - Mixed Colour Case | 03640 |
| Lata Star - Mixed Frosted Glitter - Consumer Pack | 03674 |
| Lata Star - Mixed Natural - Value Pack | 23030 |
| Lata Star - Mixed Red Glitter - Consumer Pack | 56542 |
| Lata Star - Mixed Silver Glitter - Consumer Pack | 56543 |

| | |
|---|---|
| Lata Star - Large Red Glitter - Bulk Pack | 60102 |
| Lata Star - Large Red Glitter - Value Pack | 60132 |
| Lata Star - Small Gold Glitter - Consumer Pack | 62841 |
| Lata Star - Small Red Glitter - Consumer Pack | 62842 |
| Lata Star - Small Silver Glitter - Consumer Pack | 62843 |
| Lata Star - Small Lime Glitter - Consumer Pack | 62848 |
| Lata Star - Mixed Gold Glitter - Value Pack | 66531 |
| Lata Star - Mixed Red Glitter - Value Pack | 66532 |
| Lata Star - Mixed Silver Glitter - Value Pack | 66533 |
| Lata Star - Mixed White Wash - Value Pack | 66536 |
| Lata Star - Mixed Natural - Consumer Pack | 66540 |
| Lata Star - Mixed Gold Glitter - Consumer Pack | 66541 |
| Lata Star - Mixed Red Glitter - Consumer Pack | 66542 |
| Lata Star - Mixed Silver Glitter - Consumer Pack | 66543 |
| Lata Star - Mixed Copper Glitter - Consumer Pack | 66544 |
| Lotus Pods Champagne Glitter - Consumer Pack | 00948 |
| Lotus Pods SN Assorted Christmas - Consumer Pack | 01180 |
| Lotus Pods White Wash - Bulk Pack | 03379 |
| Lotus Pods White Wash - Consumer Pack | 03380 |
| Lotus Pod Natural - Consumer Pack | 03418 |
| Lotus Pods Natural - Bulk Pack | 13600 |
| Lotus Pods Natural - Consumer Pack | 13640 |
| Lotus Pods Red Glitter - Bulk Pack | 63602 |
| Lotus Pods Gold Glitter - Consumer Pack | 63641 |
| Lotus Pods Red Glitter - Consumer Pack | 63642 |
| Lotus Pods Silver Glitter - Consumer Pack | 63643 |
| Lotus Pods Copper Glitter - Consumer Pack | 63644 |
| Mahogany Pods Burgundy | 02471 |
| Mahogany Pods Mahogany - Consumer Pack | 14441 |
| Mahogany Pods Moss - Consumer Pack | 14442 |
| Melony Balls Red - Consumer Pack | 3787 |
| Millet/Milo Combo Assortment Box | 95249 |
| Milo Berries Red - Value Pack | 00133 |
| Milo Berries SN Assorted Everyday - Consumer Pack | 00407 |
| Milo Berries Lime Glitter - Consumer Pack | 00535 |
| Milo Berries Purple Glitter - Value Pack | 00718 |
| Milo Berries White Wash - Bulk Pack | 00832 |
| Milo Berries White Wash - Consumer Pack | 00838 |
| Milo Berries Red Glitter - Bulk Pack | 00858 |
| Milo Berries - VP Customer Assorted Everyday - Mixed Colour Case | 01384 |
| Milo Berries Lime Green - Consumer Pack | 02478 |
| Milo Berries Purple - Consumer Pack | 2479 |
| Milo Berries Plum | 02479 |
| Milo Berries Lime Green - Value Pack | 02486 |
| Milo Berries Lime Green - Bulk Pack | 02494 |

| | |
|---|---|
| Milo Berries Mahogany - Bulk Pack | 02495 |
| Milo Berries Mustard - Bulk Pack | 02497 |
| Milo Berries Terracotta - Value Pack (item # cut off) | 2633 |
| Milo Berries White Wash - Value Pack | 02830 |
| Milo Berries Orange Glitter - Consumer Pack | 03389 |
| Milo Berries Black Glitter - Consumer Pack | 03390 |
| Milo Berries Red Glitter - Consumer pack | 03419 |
| Milo Berries White Wash - Consumer Pack | 03419 |
| Milo Berries Mustard - Consumer Pack | 03739 |
| Milo Berries Burgundy - Consumer Pack | 03739 |
| Milo Berries Champagne Glitter - Value Pack | 03821 |
| Milo Berries Blue Consumer Pack | 4048 |
| Milo Berries White - Consumer Pack | 4050 |
| Milo Berries Grey - Consumer Pack | 4051 |
| Milo Berries Red -Bulk Pack | 12606 |
| Milo Berries Mahogany - Value Pack | 12631 |
| Milo Berries Terracotta - Value Pack | 12633 |
| Milo Berries Burgundy - Value Pack | 12635 |
| Milo Berries Red Glitter - Value Pack | 62632 |
| Milo Berries Red | 62640 |
| Milo Berries Mahogany - Consumer Pack | 12641 |
| Milo Berries Chocolate | 12641 |
| Milo Berries Moss - Consumer Pack | 12642 |
| Milo Berries Terracotta - Consumer Pack | 12643 |
| Milo Berries Orange | 12643 |
| Milo Berries Burgundy - Consumer Pack | 12645 |
| Milo Berries Merlot | 12645 |
| Milo Berries Mustard - Consumer Pack | 12646 |
| Milo Berries Yellow | 12646 |
| Milo Berries Purple Glitter - Consumer Pack | 12648 |
| Milo Berries SN Assorted Everyday - Consumer Pack | 12649 |
| Milo Berries CP SN Assorted Everyday - Mixed Item Case | 12649 |
| Milo Berries Burgundy - Bulk Pack | 62605 |
| Milo Berries Red Glitter - Consumer pack | 62632 |
| Milo Berries Red - Consumer Pack | 62640 |
| Milo Berries Red Glitter - Conumer Pack | 62642 |
| Milo Cattail - Tarwe CP - Mixed Item Case | 104121 |
| Mintolla Balls Lime Glitter | 00012 |
| Mintolla Balls Merlot | 63740 |
| Mintolla Balls Gold Glitter - Consumer Pack | 63741 |
| Mintolla Balls Red Glitter - Consumer Pack | 63742 |
| Mintolla Balls Silver Glitter - Consumer Pack | 63743 |
| Mintolla Balls Copper Glitter - Consumer Pack | 63744 |
| Mitsui Stick Lime Glitter - Value Pack | 00066 |
| Mitsui Stick Champagne Glitter - Value Pack | 00068 |

| | |
|---|---|
| Mitsui Stick White With Silver Glitter - Value Pack | 00332 |
| Mitsui Stick Purple Glitter - Value Pack | 00333 |
| Mitsui Stick Champagne Glitter - Bulk Pack | 00820 |
| Mitsui Stick White with Silver Glitter - Consumer Pack | 00987 |
| Mitsui Stick Burgundy - Consumer Pack | 01038 |
| Mitsui Stick SN Assorted Christmas - Consumer Pack | 01211 |
| Mitsui Stick Mustard - Consumer Pack | 02515 |
| Mitsui Stick Terracotta - Consumer Pack | 02516 |
| Mitsui Stick Red Glitter - Consumer Pack | 02518 |
| Mitsui Stick Orange Glitter - Consumer Pack | 02522 |
| Mitsui Stick Silver Glitter - Bulk Pack | 02539 |
| Mitsui Stick White with Silver Glitter - Bulk Pack | 02541 |
| Mitsui Stick Natural Silver Dipped - Value Pack | 03501 |
| Mitsui Stick Gold Dipped - Value pack | 03501 |
| Mitsui Stick Natural Copper Dipped - Value Pack | 03540 |
| Mitsui Stick Gold Dipped - Value Pack | 03541 |
| Mitsui Stick Natural Silver Dipped - Value Pack | 03541 |
| Mitsui Stick Natural Dipped Pewter - Value Pack | 03542 |
| Mitsui Stick Terracotta - Bulk Pack | 14613 |
| Mitsui Stick Natural - Value pack | 14630 |
| Mitsui Stick Mahogany - Value Pack | 14631 |
| Mitsui Stick Natural - Value Pack | 14640 |
| Mitsui Stick Mahogany - Consumer Pack | 14641 |
| Mitsui Stick Moss - Consumer Pack | 14642 |
| Mitsui Stick Orange Glitter -Value Pack | 14653 |
| Mitsui Stick Gold Glitter - Value Pack | 63931 |
| Mitsui Stick Silver Glitter - Value Pack | 63933 |
| Mitsui Stick Black Glitter - Value Pack | 63935 |
| Mitsui Stick Red - Consumer Pack | 63940 |
| Mitsui Stick Silver Glitter - Consumer Pack | 63943 |
| Mitsui Stick Copper Glitter - Consumer Pack | 63944 |
| Mohan Stick Copper Glitter - Value Pack | 03424 |
| Mohan Stick Mahogany - Value Pack | 03424 |
| Mohan Stick Mahogany - Bulk Pack | 14201 |
| Mohan Stick Orange Glitter - Value Pack | 14253 |
| Mohan Stick Orange Glitter - XL Bag | 14253 |
| Monstera Trunks 3ft White - Value Pack | 03771 |
| Monstera Trunks 5ft Frosted Glitter - Value Pack | 03772 |
| Monstera Trunks 5ft White - Value Pack | 03774 |
| Monstera Trunks 5ft White Frost - Value Pack | 3775 |
| Monstera Trunks 5ft Frosted Glitter - Value Pack | 03775 |
| Monstera Trunks 5ft White with Silver Glitter - Value Pack | 03776 |
| Moss Ball 8cm - Stemmed Natural - Consumer Pack | 15240 |
| Natraj Red Glitter - Value Pack | 00134 |
| Natraj Gold Glitter - Value Pack | 00135 |

| | |
|---|---|
| Natraj Silver Glitter - Value Pack | 00136 |
| Natraj Lime Glitter - Value Pack | 00137 |
| Natraj Lime Glitter - Value Pack | 00337 |
| Natraj Natural - Value Pack | 00485 |
| Natraj Natural - Value Pack | 530 |
| Natraj White Wash - Value Pack | 00530 |
| Natraj Champagne Glitter - Value Pack | 00540 |
| Natraj Natural - value pack | 03424 |
| Natraj Mahogany - Value Pack | 03424 |
| Natraj Moss - Value Pack | 29932 |
| Natraj Burgundy - Value Pack | 29935 |
| Natraj Orange Glitter - Value Pack | 29953 |
| Natraj Copper Glitter - Value Pack | 29954 |
| Natraj Black Glitter - Value Pack | 29955 |
| Natraj Purple Glitter - Value Pack | 29958 |
| Natraj Natural - Value Pack | 613151 |
| Oak Leaves Orange - Value Pack | 554 |
| Oak Leaves Harvest - Consumer Pack | 03148 |
| Oak Leaves Harvest - Consumer pack | 03418 |
| Oak Leaves Harvest - Value Pack | 3422 |
| Oak Leaves Red - Valule Pack | 03520 |
| Oak Leaves Yellow - Value Pack | 03521 |
| Oak Leaves Orange - Value Pack | 03554 |
| Oak Leaves Red - Consumer Pack | 03656 |
| Oak Leaves Mahogany - Consumer Pack | 03657 |
| Oak Leaves orange - Consumer Pack | 03661 |
| Oak Leaves SN Assorted Everyday - Consumer Pack | 03690 |
| Oak Leaves Harvest - Value Pack | 14030 |
| Oak Leaves Harvest - Consumer Pack | 14040 |
| Oak Leaves VP - Mixed Colour Case | 03737 |
| Ornament Ball 8 cm Shiny Gold - Consumer Pack | 00295 |
| Ornament Ball 8 cm Shiny Red - Consumer Pack | 00336 |
| Ornament Ball 8 cm Shiny Silver - Consumer Pack | 00338 |
| Ornament Ball 8cm Matte Gold - Consumer Pack | 00464 |
| Orament Ball 8 cm Matte Red - Consumer Pack | 00682 |
| Ornament Ball 8cm Matte Silver - Consumer Pack | 00740 |
| Ornament Ball 8cm Matte Gold - Bulk Pack | 00966 |
| Ornament Ball 8cm Matte Red - Bulk Pack | 01007 |
| Ornament Ball 8cm Matte Silver - Bulk Pack | 01008 |
| Ornament Ball 8cm Shiny Gold - Bulk Pack | 01010 |
| Ornament Ball 8cm Shiny Red - Bulk Pack | 01014 |
| Ornament Ball 8cm Shiny Silver - Bulk Pack | 01017 |
| Ornament Ball 8cm Matte Silver - Value Pack | 02223 |
| Cut Palm Sun Red Glitter - Consumer Pack | 03319 |
| Cut Palm Sun Silver Glitter - Consumer Pack | 03320 |

| | |
|---|---|
| Cut Palm Sun Gold Glitter - Consumer Pack | 03321 |
| Palm Caps Red Glitter - Consumer Pack | 00281 |
| Palm Caps Gold Glitter - Value Pack | 00756 |
| Palm Caps Red Glitter - Value Pack | 00767 |
| Palm Caps White with Silver Glitter - Value Pack | 00955 |
| Palm Cap Burgundy - Consumer Pack | 03418 |
| Palm Caps Gold Glitter - Consumer Pack | 64241 |
| Palm Caps White Wash - Consumer Pack | 64246 |
| Palm Grass Red Glitter - Value pack | 157 |
| Palm Grass Mustard - Consumer Pack | 02662 |
| Palm Grass Terracotta - Consumer Pack | 02663 |
| Palm Grass Natural Silver Dipped - Value Pack | 03332 |
| Palm Grass Mahogany - Value Pack | 15531 |
| Palm Grass Moss - Value Pack | 15532 |
| Palm Grass Terracotta - Value Pack | 15533 |
| Palm Grass Black - Value Pack | 15534 |
| Palm Grass Burgundy - Consumer Pack | 15545 |
| Palm Reed Bleach - Value Pack | 03298 |
| Palm Reed Moss - Bulk Pack | 15702 |
| Palm Reed Mahogany - Value Pack | 15731 |
| Palm Reed Moss - Value Pack | 15732 |
| Palm Reed Terracotta - Value Pack | 15733 |
| Palm Reed Red Glitter - Value Pack | 64332 |
| Pinecones - Large Lime Glitter - Consumer Pack | 00040 |
| Pinecones - Large Purple Glitter - Consumer Pack | 00041 |
| Pinecones - Large Champagne Glitter - Consumer Pack | 00055 |
| Pinecones - Large Ice Blue Glitter - Consumer Pack | 00058 |
| Pinecones - Large White with silver Glitter - Consumer Pack | 00217 |
| Pinecones - Large Red Glitter - Consumer Pack | 00218 |
| Pinecones - Jumbo White Tip - Value Pack | 293 |
| Pinecones - Large Red Glitter - Value Pack | 00305 |
| Pinecones - Large Champagne Glitter - Value Pack | 00309 |
| Pine Cone - Jumbo Ice Blue Glitter - XL Bag | 00397 |
| Pinecones - Jumbo Champagne Glitter - XL Bag | 00399 |
| Pinecones White Tip - Bulk Pack | 00554 |
| Pinecones White Tip - Consumer Pack | 00574 |
| Pinecones - Large White Wash - Bulk Pack | 00712 |
| Pinecones - Jumbo Red Glitter - Bulk Pack | 00717 |
| Pinecones - Jumbo Champagne Glitter - Value Pack | 00790 |
| Pinecones - Jumbo Snow - Bulk Pack | 00794 |
| Pinecones White Wash - Consumer Pack | 00816 |
| Pinecones - Jumbo White Wash - Value Pack | 00837 |
| Pinecones - Jumbo Copper Glitter - Bulk Pack | 00956 |
| Pine Cone SN Assorted Christmas - Consumer Pack | 01251 |
| Pine Cones - Large SN Assorted Christmas - Consumer Pack | 01255 |

| | |
|---|---|
| Pinecones SN Assorted Christmas - Consumer Pack | 01258 |
| Pinecones - Large SN Assorted Christmas - Consumer Pack | 01259 |
| Pinecones - Jumbo White Tip - Value pack | 02293 |
| Pinecones - Jumbo White with Silver Glitter - Value Pack | 02294 |
| Pinecones - Jumbo White Wash - Bulk Pack | 02299 |
| Pine Cone - Jumbo White Wash - XL Bag | 02431 |
| Pine Cone - Jumbo Frosted Glitter - XL Bag | 03214 |
| Pinecones - Large Frosted Glitter - Consumer Pack | 03236 |
| Pinecones - Jumbo Frosted Glitter - Value Pack | 03242 |
| Pine Cone Jumbo With Oak Orange - XL Bag | 3357 |
| Pine Cone Large Natural - Consumer Pack | 03418 |
| Pine Cone Large Frosted Glitter - Consumer pack | 03419 |
| Pine Cone large Copper Glitter - consumer pack | 03419 |
| Pine Cone Large Gold Glitter - consumer pack | 03419 |
| Pine Cone Large Red Glitter - consumer pack | 03419 |
| Pine Cone Large Silver Glitter - consumer pack | 03419 |
| Pine Cone Large Champagne Glitter - consumer pack | 03419 |
| Pine Cone Jumbo Frosted Glitter - Value Pack | 03423 |
| Pine Cone - Jumbo Orange Glitter - XLBag | 03538 |
| Pine Cone - Jumbo Black Glitter - XL Bag | 03539 |
| Pinecones - Large White Frost - Bulk Pack | 03622 |
| Pinecones - Large White Tip - Bulk Pack | 03701 |
| Pinecones - Large White Tip - Consumer Pack | 03702 |
| Pine Cone - Jumbo Bleach - XL Bag | 03858 |
| Pinecones - Jumbo Natural - Value Pack | 58930 |
| Pinecones White Wash - Bulk Pack | 62906 |
| Pinecones Natural - Consumer Pack | 62940 |
| Pinecones Gold Glitter - Consumer Pack | 62941 |
| Pinecones Red Glitter - Consumer Pack | 62942 |
| Pinecones Silver Glitter - Consumer Pack | 62943 |
| Pinecones - Large Natural - Bulk Pack | 64600 |
| Pinecones - Large Gold Glitter - Bulk Pack | 64601 |
| Pinecones - Large Red Glitter - Bulk pack | 64602 |
| Pinecones - Large Snow - Bulk Pack | 64609 |
| Pinescones - Large Natural - Value Pack | 64630 |
| Pinecones - Large Gold Glitter - Value Pack | 64631 |
| Pinecones - Large Silver Glitter - Value Pack | 64633 |
| Pinecones - Large Copper Glitter - Value Pack | 64634 |
| Pinecones - Large Lime Glitter - Value Pack | 64638 |
| Pinecones - Large Snow - Value Pack | 64639 |
| Pinecones - Large Natural - Consumer Pack | 64640 |
| Pine Cones - Large Gold Glitter - Consumer Pack | 64641 |
| Pine Cones - Large Silver Glitter - Consumer Pack | 64643 |
| Pinecones - Large Copper Glitter - Consumer Pack | 64644 |
| Pinecones - Large White Wash - Consumer Pack | 64646 |

| | |
|---|---|
| Pinecones - Large Burgundy - Consumer Pack | 64647 |
| Pinecones - Large Snow - Consumer Pack | 64649 |
| Pinecones - Large Red Glitter - Consumer Pack | 64742 |
| Pinecones - Large White with Silver Glitter - Consumer Pack | 64746 |
| Pinecones - Jumbo Natural - Bulk Pack | 68900 |
| Pinecones - Jumbo Natural - value pack | 68930 |
| Pinecones - Jumbo Gold Glitter - Value pack | 68931 |
| Pinecones - Jumbo Red Glitter - value pack | 68932 |
| Pinecones - Jumbo silver glitter - value pack | 68933 |
| Pinecones - Jumbo Copper Glitter - value pack | 68934 |
| Pinecones - Jumbo Snow - Value pack | 68939 |
| Pinecones - Jumbo Natural - XL Bag | 70180 |
| Pine Cone - Jumbo Gold Glitter - XL Bag | 70181 |
| Pine Cone - Jumbo Red Glitter - XL Bag | 70182 |
| Pine Cone - Jumbo Silver Glitter - XL Bag | 70183 |
| Pine Cone - Jumbo Copper Glitter - XL Bag | 70184 |
| Pine Cone - Jumbo Snow - XL Bag | 70189 |
| Pine Cone Jumbo with Oak Harvest - XL Bag | 3513 |
| Pine Cone Jumbo with Oak yellow - XL Bag | 03516 |
| Pine Cone Jumbo with Oak Orange - XL Bag | 03557 |
| Pumpkin/Apple Assortment CP - Mixed Item Case | 03617 |
| Pumpkin / Apple Mix - Stemmed - Consumer Pack | 95549 |
| Pumpkin/Apple Mix - Stemmed CP - Mixed Item Case | 492720 |
| Pumpkin Heads Orange - Flip Bag | 40793 |
| Pumpkin Heads White - Flip Bag | 03553 |
| Pumpkin HEads White - Flip Bag | 03662 |
| Pumpkins on Stick (ordered as #13933) | 13930 |
| Pumpkins - Stemmed Orange - Consumer Pack | 3229 |
| Pumpkins - Consumer Pack | 03418 |
| Pumpkins - Stemmed Orange - Value Pack | 3418 |
| Pumpkins - Stemmed Orange - Value Pack | 13930 |
| Pumpkins - Stemmed Orange - Bulk Pack | 13900 |
| Pumpkins - Heads Only Orange - Bulk Pack | 13903 |
| Pumpkins - Stemmed orange - consumer pack | 13930 |
| Pumpkins - Stemmed Orange - Value Pack | 13940 |
| Pumpkins - Stemmed Orange - Consumer Pack | 13940 |
| Pumpkins - Stemmed Orange - Consumer Pack | 13949 |
| Pumpkins - Stemmed White - Value Pack | 03552 |
| Pumpkins - Stemmed White - Consumer Pack | 03575 |
| Root Ball 8cm - Stemmed White Wash - Consumer Pack | 00551 |
| Root Ball 10cm - Stemmed White Wash - Value Pack | 00715 |
| Root Ball 10cm - Stemmed White Wash - Bulk Pack | 02835 |
| Root Ball Natural - Consumer Pack | 03418 |
| Root Ball 8cm - Stemmed White Frost - Consumer Pack | 03493 |
| Root Ball 10cm - Stemmed Natural - Value Pack | 23530 |

| | |
|---|---|
| Root Ball 8 cm - Stemmed White Wash - Bulk Pack | 66106 |
| Sakai Pod White Wash - Consumer Pack | 03295 |
| Sakai Pod Natural - Consumer Pack | 03296 |
| Sakai Pod Natural - Consumer pack | 03418 |
| Sakai Pod White Wash - Consumer Pack | 03419 |
| Sakai Pod Frosted Glitter - Consumer Pack | 3457 |
| Sakai Pod Frosted Glitter - Consumer Pack | 03547 |
| Snake Grass Burgundy - Value Pack | 00252 |
| Snake Grass Lime Green - Consumer Pack | 2896 |
| Snake Grass Grey - Consumer Pack | 4231 |
| Snake Grass White Wash - Consumer Pack | 4234 |
| Snake Grass Navy Blue - Consumer Pack | 4238 |
| Snake Grass Mahogany - Consumer Pack | 17441 |
| Snow Berries - Red Glittered | 00696 |
| Snow Berries - White Glittered | 65046 |
| Sola Ball Mix - Mirror Box | 02175 |
| Sola Ball Natural - Flip Bag | 41980 |
| Sola Ball Mix - Jumbo Bag | 42080 |
| Sola Berries Champagne Glitter - Consumer Pack | 00440 |
| Sola Berries Lime Glitter - Consumer Pack | 00490 |
| Sola Berries Red Glitter - Consumer Pack | 00696 |
| Sola Berries Gold Glitter - Value pack | 00773 |
| Sola Berries SN Assorted Christmas - Consumer Pack | 01262 |
| Sola Berries Red Glitter - Consumer Pack | 03419 |
| Sola Berries Silver Glitter - Consumer Pack | 03419 |
| Sola Berries White with Silver Glitter - Value Pack | 65036 |
| Sola Berries Gold Glitter - Consumer Pack | 65041 |
| Sola Berries Silver Glitter - Consumer Pack | 65043 |
| Sola Berries White with Silver Glitter - Consumer Pack | 65046 |
| Sola Daisy Stemmed White - Value Pack | 01091 |
| Sola Disco Daisy Stemmed Natural - Value Pack | 01092 |
| Sola Flower White | 03428 |
| Sola Flower Disco | 03428 |
| Sola Flower White - Mirror Box | 3987 |
| Sola Flower Disco - Mirror Box | 3988 |
| Sola Flower Mix - Mirror Box | 3989 |
| Sola Pumpkins White - Flip Bag | 00079 |
| Spine Stick Natural - Value Pack | 03688 |
| Spine Stick White Wash - Value Pack | 03689 |
| Sponge Mushroom Moss - Value pack | 03183 |
| Sponge Mushroom Mahogany - Value Pack | 03184 |
| Sponge Mushroom White Wash - Value Pack | 03723 |
| Spotted Stick Natural - Value Pack | 03300 |
| Sugar Cone Gold Glitter - Bulk Pack | 00469 |
| Sugar Cone Champagne Glitter - Value Pack | 00482 |

| | |
|---|---|
| Sugar Cone Red Glitter - Bulk Pack | 00499 |
| Sugar Cone Copper Glitter - bulk pack | 00505 |
| Sugar Cone White Tip - Bulk Pack | 00531 |
| Sugar Cone Champagne Glitter - Bulk Pack | 00658 |
| Sugar Cone White Tip - value pack | 00735 |
| Sugar Cones - No Stem Natural - Bulk Pack | 00810 |
| Sugar Cone SN Assorted Christmas - Consumer Pack | 01267 |
| Sugar Cone Frosted Glitter - Value pack | 03208 |
| Sugar Cones White Tip - Value Pack | 03421 |
| Sugar Cone Ice - Value Pack | 03664 |
| Sugar Cone Frosted Glitter - Bulk Pack | 03686 |
| Sugar Cone Natural- Bulk Pack | 64700 |
| Sugar Cone Gold Glitter - Value Pack | 64731 |
| Sugar Cone Red Glitter - Value pack | 64742 |
| Sugar Cone Silver Glitter - Value Pack | 64743 |
| Sugar Cone Snow - Bulk Pack | 64809 |
| Sugar Cone Natural - Value Pack | 64840 |
| Sugar Cone Copper Glitter - value pack | 64844 |
| Sugar Cone Snow - Value Pack | 64849 |
| Tarwe SN Assorted Everyday - Consumer Pack | 00980 |
| Tarwe Natural - Bulk Pack | 18600 |
| Tarwe Mahogany - Consumer Pack | 18641 |
| Tarwe Terracotta - Consumer Pack | 18643 |
| Tarwe Mustard - Consumer Pack | 18646 |
| Twig Bundle - Value Pack | 03550 |
| Twig Bundle White Wash - Value Pack | 03558 |
| Twig Bundle Gold Wash - Value Pack | 03559 |
| Twig Bundle Silver Wash - Value Pack | 03560 |
| Wire Ball 8cm Gold - Value Pack | 03411 |
| Wood Sphere 20 cm Natural - Single Item | 00130 |
| Wood Sphere 20 cm White Wash - Single Item | 00202 |
| Wood Sphere - 30 cm Natural - Single Item | 00224 |
| Wood Sphere - 30 cm White Wash - Single Item | 00289 |
| Wreath 30" Natural - Single Item | 00128 |
| Wreath 30" White Wash - Single Item | 00129 |
| Wreath - Natural | 03430 |
| Wreath - White Wash | 03431 |
| Wreath 30" Champagne - Single Item | 03805 |
| Wreath 30" Silver - Single Item | 03806 |
| Wreath 30" Mahogany - Single Item | 03904 |
| Wreath 30" Grey Wash - Single Item | 03905 |
| Wreath 30" Black - Single Item | 03906 |
| X3 Chunky Grey Wood | 02144 |
| Yanagi CP Customer Assorted Everyday - Mixed Colour Case | 00665 |
| Yanagi Moss - Consumer pack | 01058 |

| | |
|---|---|
| Yanagi Terracotta - Consumer Pack | 01059 |
| Yanagi Moss - Consumer pack | 01248 |
| Yanagi Lime Green - Consumer Pack | 03109 |
| Yanagi Mustard - Consumer Pack | 03110 |
| Yanagi Pink - Consumer Pack | 03112 |
| Yanagi Purple - Consumer Pack | 03113 |
| Yanagi Mahogany - Value Pack | 19531 |
| Yanagi Moss - Value Pack | 19532 |
| Yanagi Black - Value Pack | 19534 |
| Yanagi Burgundy - Value Pack | 19535 |
| Yanagi Moss - Value Pack | 40793 |
| 39" Moss & Flower Mahogany - Bouquet | 01086 |
| 39" Moss & Flower Orange - Bouquet | 01096 |
| 39" Moss & Flower Red - Bouquet | 01097 |
| Antique Wash Sphere Mix - Jumbo Bag | 03529 |
| Antique Harvest Glaze - Mirror Box | 03533 |
| Antique Silver Mix - Jumbo Bag | 03603 |
| Banana Stem - Bouquet | 03345 |
| Bamboo Flower Mix Natural - Value Pack | 3477 |
| Bamboo Flower Mix Red - Value Pack | 03477 |
| Bamboo Flower Mix Red - Value Pack | 03478 |
| Bamboo Flower Mix Orange - Value Pack | 03479 |
| Bamboo Flower Mix Yellow - Value Pack | 03480 |
| Birch Kambu (ordered as #03338) | 03346 |
| Black and White Deco Mixed - Bouquet | 50470 |
| Blossom Branch Red - Bouquet | 00594 |
| Blossom Branch Orange - Bouquet | 00922 |
| Blossom Branch Natural Bouquet | 50230 |
| Blossom Branch Yellow - Bouquet | 50236 |
| Brazilian Nights - Bouquet | 57670 |
| Champagne Frost - Jumbo Bag | 3986 |
| Christmas Pod Mix - Jumbo Bag | 03054 |
| Christmas Pod Mix Glitter - Bouquet | 3217 |
| Christmas Pod Mix Glitter - Mirror Box | 03217 |
| Christmas Pod Mix Natural - Mirror Box | 03218 |
| Christmas Pod Mix Red/Gold - Mirror Box | 03724 |
| Christmas Pod Mix White Silver - Mirror Box | 03725 |
| Christmas Pod Mix Natural - Mirror Box | 32218 |
| Christmas Pod Mix Glitter - Jumbo Bag | 69980 |
| Christmas Assortment - Consumer Pack | 1817 |
| Christmas Ornament Gold - Bouquet | 03765 |
| Copper Washed Elements - Jumbo Bag | 03604 |
| Silver Washed Elements - Jumbo Bag | 03605 |
| Mettalic Wash - Mirror Box | 03606 |
| White Washed Elements - Jumbo Bag | 03970 |

| | |
|---|---|
| Cut Palm Sun Silver Glitter - Consumer Pack | 03320 |
| Deck The Halls Ice Blue Glitter - Bouquet | 00039 |
| Deck The Halls Purple Glitter - Bouquet | 00180 |
| Deck The Halls Lime Glitter - Bouquet | 00181 |
| Deck The Halls Champagne Glitter - Bouquet | 00182 |
| Deck The Halls White with Silver Glitter - Bouquet | 00303 |
| Deck the Halls Bouquet Gold | 03428 |
| Deck The Halls Red Glitter - Bouquet | 52372 |
| Deck the Halls Gold Glitter - Bouquet | 54271 |
| Deck The Halls Red Glitter - Bouquet | 54272 |
| Deck The Halls Silver Glitter - Bouquet | 54273 |
| Deck The Halls Copper Glitter - Bouquet | 54274 |
| Deco Sphere Mix - Jumbo Bag | 42880 |
| Driftwood Deco - Mirror Box | 03306 |
| Fall Botanicial - Mirror Box | 02839 |
| Fall Botanical Mix - Jumbo Bag | 40380 |
| Fall Harvest Bunch - Bouquet | 2831 |
| Fall Harvest Bunch - Bouquet | 3424 |
| Fall Harvest Bunch | 03425 |
| Fall Harvest Bunch - Bouquet | 03618 |
| Fall Harvest - Mirror Box | 03709 |
| Fall Harvest Bunch - Bouquet | 3759 |
| Fall Harvest Bunch - Bouquet | 3759 |
| Fall Harvest Bunch Bleach - Bouquet | 50970 |
| Fall Harvest Bunch - Bouquet | 50970 |
| Fall Harvest Bunch - Bouquet | 57893 |
| Filler#1 - Jumbo Bag | 04095 |
| Flat (swag) #1 - Bouquet | 04102 |
| Flat (swag) #2 - Bouquet | 04103 |
| Harvest Glaze Mix - Jumbo Bag | 03527 |
| Harvest Mix Gold Wash - Mirrow Box | 03631 |
| Halloween Harvest Bunch - Bouquet | 3759 |
| Holiday Silver & White Iridescent - Bouquet | 03580 |
| Holiday Gold - Bouquet | 03581 |
| Holiday Wash - Mirror Box | 03770 |
| Jute Root - Bouquet | 57471 |
| Metallic Filler #3 - Jumbo Bag | 04094 |
| Modern/Antique - Bouquet | 03349 |
| Modern Heritage Snow - Bouquet | 03810 |
| Natures Holiday Natural - Bouquet | 65770 |
| November Yields Mix - Mirror Box | 03534 |
| Palm Bushy with Twigs Yellow - Bouquet | 03745 |
| Palm Lily with Jute Twist Red - Bouquet | 03747 |
| Palm Lily with Jute Twist Lavender - Bouquet | 03749 |
| Palm Lily with Jute Twist Turquoise - Bouquet | 03750 |

| | |
|---|---|
| Palm Lily with Jute Twist Coral - Bouquet | 03751 |
| Palm Lily with Jute Twist Yellow - Bouquet | 03752 |
| Palm Lily with Jute Twist Orange - Bouquet | 03753 |
| Palm Rose Flowers Assorted - Mixed Colour Case | 535467 |
| Panchu - Bouquet | 03347 |
| Pod Mix Black - Mirror Box | 02232 |
| Pumpkin / Root Ball Mix Orange - Jumbo Bag | 40180 |
| Root Ball - Bouquet | 51670 |
| Round Euro #1 - Bouquet | 04098 |
| Round Euro #2 - Bouquet | 04099 |
| Round Bouquet #3 - Bouquet | 04100 |
| Seasons Elements Mix - XL Bag | 03536 |
| Silver Frost Glitter - Mirror Box | 03637 |
| Sola Disco Sphere - Mirror Box | 03337 |
| Sphere Mix #2 - Flip Bag | 03476 |
| Summer Breeze - Bouquet | 1054 |
| Trick or Treat - Bouquet | 57170 |
| Urban Beach House - Bouquet | 03343 |
| Urban Element - Bouquet | 03310 |
| Urban Element Bouquet | 03572 |
| Urn Design Purple Glitter - Bouquet | 00168 |
| Urn Design Lime Green Glitter -  Bouquet | 00169 |
| Urn Design Ice Blue Glitter - Bouquet | 00170 |
| Urn Design Champagne Glitter - Bouquet | 00171 |
| Urn Design White With Silver Glitter - Bouquet | 00552 |
| Urn Design White Wash - Bouquet | 02360 |
| Urn Design Assorted - Bouquet | 03063 |
| Urn Design Bouquet Traditional Glitter - Mixed Colour Case | 03188 |
| Urn Design Frosted Glitter - Bouquet | 03241 |
| Urn Design Bouquet Fashion - Mixed Colour Case | 03641 |
| Urn Design White Frost - Bouquet | 03790 |
| Urn Design Gold Glitter - Bouquet | 52371 |
| Urn Design Red Glitter - Bouquet | 52372 |
| Urn Design Silver Glitter - Bouquet | 52373 |
| Urn Design Copper Glitter - Bouquet | 52374 |
| Wedding Bells - Bouquet | 04088 |
| White Flower - Mirror Box | 03308 |
| Wood Rose Black Glitter - Value Pack | 03425 |
| Wood (Deco) Rose Flower Bleach - Value Pack | 03096 |
| Wood Flower White - Bouquet | 51370 |
| Wood Flower White - Bouquet | 01370 |
| Woodland Berry - Bouquet | 00438 |
| Woodland Holiday Snow - Bouquet | 03576 |