UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

------------------------------------------------------------------------ X
SECOND NATURE DESIGNS, LTD.          :
                                     :
    Plaintiff,                       :
                                     :
    v.                               :     Court No. 17-00271
                                     :
UNITED STATES OF AMERICA,            :
                                     :
    Defendant.                       :
------------------------------------------------------------------------ X

## JOINT STATUS REPORT

Pursuant to this Court's order dated May 6, 2021, *see* ECF 57, the parties hereby submit this joint status report. The parties have begun discussing various case management procedures which would help streamline the litigation and presentation of legal issues on a motion for summary judgement before this Court. Defendant is working on sending a proposed motion over to Plaintiff regarding these procedures in the next few days. In light of the above, the parties jointly request that this Court enter a further order requiring the Filing of a Joint Status Report on June 2, 2021 and continue to hold Defendant's Motion in abeyance while the parties work on these proposed procedures.

Respectfully submitted,

| | |
|---|---|
| /s/ John M. Peterson<br>John M. Peterson<br>Patrick B. Klein<br>NEVILLE PETERSON LLP<br>One Exchange Plaza<br>55 Broadway, Suite 2602<br>New York, NY 10006<br>(212)-635-2730<br>jpeterson@npwny.com<br>*Counsel for Second Nature Designs, Ltd.* | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>JEANNE E. DAVIDSON<br>Director<br><br>By: /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Brandon A. Kennedy<br>BRANDON A. KENNEDY<br>Trial Attorney<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza – Suite 346<br>New York, New York 10278<br>(212) 264-9237 |
| Dated: May 19, 2021 | *Attorneys for Defendant* |