UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

```
------------------------------------------------------------------------ X
SECOND NATURE DESIGNS, LTD.                       :
                                                  :
        Plaintiff,                                :
                                                  :
        v.                                        :    Court No. 17-00271
                                                  :
UNITED STATES OF AMERICA,                         :
                                                  :
        Defendant.                                :
------------------------------------------------------------------------ X
```

## JOINT STATUS REPORT

Pursuant to this Court's order dated May 20, 2021, *see* ECF 59, the parties hereby submit this joint status report. The parties have begun discussing various case management procedures in an effort to streamline the litigation and presentation of legal issues on a partial motion for summary judgment before this Court.

These procedures involve dividing the 839 items at issue in this case into representative groups, the parties agreeing to a representative style as well as to stipulated facts for each group and representative style, and presenting the legal issues involved in classification in order to request summary judgment for each group of styles. The parties are currently working together to explore whether agreement on the groups, representative styles, and stipulated facts may be achieved. Should agreement not be achieved, the parties may need to engage in further discovery.

The parties have also identified a separate group of styles for which the parties require the Court to resolve an outstanding legal issue, namely whether classification is governed by Note 2 to Ch. 6, HTSUS, or by a GRI 3(b) essential character analysis. Following determination

of this legal issue by the Court, the parties will need to engage in discovery to arrive at classification for all the styles in this group.

Accordingly, the parties are working towards the proposed case management procedures outlined above. Defendant has discussed with Plaintiff the filing of a joint motion for case management before this Court regarding these proposed procedures as well as filing a stay of discovery, in the near future. A stay of discovery is contemplated to allow for the parties to determine the groups of merchandise, representative styles and stipulated facts, as well as to allow for the discovery that will be needed after the legal issue of the proper methodology to classify the product styles of one group has been decided by the Court. The parties will request a teleconference with the Court once the case management motion is filed.

In light of the above, the parties jointly request that this Court enter a further order requiring the Filing of a Joint Status Report on June 16, 2021 and continue to hold Defendant's Motion to Compel in abeyance while the parties work on these proposed procedures.

Respectfully submitted,

| | |
|---|---|
| /s/ John M. Peterson | BRIAN M. BOYNTON |
| John M. Peterson | Acting Assistant Attorney General |
| Patrick B. Klein | |
| NEVILLE PETERSON LLP | JEANNE E. DAVIDSON |
| One Exchange Plaza | Director |
| 55 Broadway, Suite 2602 | |
| New York, NY 10006 | JUSTIN R. MILLER |
| (212)-635-2730 | Attorney-In-Charge |
| jpeterson@npwny.com | International Trade Field Office |
| *Counsel for Second Nature Designs, Ltd.* | |
| | By:  /s/ Aimee Lee |
| | AIMEE LEE |
| | Assistant Director |
| | |
| | /s/ Brandon A. Kennedy |
| | BRANDON A. KENNEDY |
| | Trial Attorney |
| | Department of Justice, Civil Division |

                                                          Commercial Litigation Branch
                                                        26 Federal Plaza – Suite 346
                                                        New York, New York 10278
                                                        (212) 264-9237

Dated: June 2, 2021                                       *Attorneys for Defendant*