UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

---------------------------------------------------------------------- X
SECOND NATURE DESIGNS, LTD.        :
                                   :
       Plaintiff,                  :
                                   :
       v.                          :      Court No. 17-00271
                                   :
UNITED STATES OF AMERICA,          :
                                   :
       Defendant.                  :
---------------------------------------------------------------------- X

**JOINT STATUS REPORT**

Pursuant to this Court's order dated July 8, 2021, *see* ECF 66, the parties hereby submit this joint status report. As the Court is aware, this action involves the proper tariff classification of thousands of decorative items imported by Second Nature Designs, Ltd. The summons covered nine entries filed with the port of Detroit, Michigan from August 26, 2015 to November 13, 2015, and 140 entries filed with the port of Buffalo, New York from July 9, 2015 to December 26, 2016, but the parties have since agreed that 10 of these entries should be dropped from this case. *See* ECF 48.

The imported decorative items subject to Plaintiff's claims in this case consist of 839 different styles.[1] The parties are conferring whether 110 of the styles can be resolved without the need for further litigation. Plaintiff has sent to the Government an affidavit regarding 54 of these items that will hopefully lead to settlement of claims regarding these items.

---

[1] The subject entries also include many additional styles of imported decorative items, beyond those subject to Plaintiff's claims in this case. The Government reserves its right to counter-claim for any additional duties that may be due to the United States for any misclassified product style imported under cover of the subject entries, regardless of whether or not such product style is among the 839 styles contested by Plaintiff.

For the remaining 729 styles subject to Plaintiff's claims in this case, the parties are organizing the styles to allow for a more streamlined and efficient resolution of this case. To this end, the parties have divided the 839 styles into seven different categories. Each of the categories involves a particular disputed question between the parties. Six involve the proper tariff classification of the respective merchandise. The seventh involves the proper methodology for classifying composite items of the imported merchandise. These categories have been explained in the parties' previous Joint Status Report. *See* ECF 62.

In a prior status report, ECF 62, the parties represented that a stay of discovery may be needed for the seventh category of merchandise to allow the Court to decide the threshold question of methodology described above. On June 28th, Plaintiff sent to Defendant samples of five of the representative items for some of the categories. Defendant has examined these items, and sent Plaintiff follow-up questions regarding them. Plaintiff is currently working on answering these questions. The parties believe that an agreement regarding the categories previously proposed can be reached soon and a motion for case management procedures and partial summary judgment can be submitted to the Court.

For these reasons, the parties respectfully request that this Court enter a further order requiring the Filing of a Joint Status Report on August 4, 2021 and continue to hold Defendant's Motion to Compel in abeyance while the parties work on these proposed procedures.

Respectfully submitted,

| | |
|---|---|
| /s/ John M. Peterson <br> John M. Peterson <br> Patrick B. Klein <br> NEVILLE PETERSON LLP <br> One Exchange Plaza <br> 55 Broadway, Suite 2602 <br> New York, NY 10006 <br> (212)-635-2730 <br> jpeterson@npwny.com <br> *Counsel for Second Nature Designs, Ltd.* | BRIAN M. BOYNTON <br> Acting Assistant Attorney General <br><br> JEANNE E. DAVIDSON <br> Director <br><br> By: /s/ Justin R. Miller <br> JUSTIN R. MILLER <br> Attorney-In-Charge <br> International Trade Field Office <br><br> /s/ Brandon A. Kennedy <br> BRANDON A. KENNEDY <br> Trial Attorney <br> Department of Justice, Civil Division <br> Commercial Litigation Branch <br> 26 Federal Plaza – Suite 346 <br> New York, New York 10278 <br> (212) 264-9237 |
| Dated: July 21, 2021 | *Attorneys for Defendant* |