UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

| | |
|---|---|
| SECOND NATURE DESIGNS, LTD., : | |
| : | |
| Plaintiff, : | Court No. 17-00271 |
| : | |
| v. : | |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant. : | |

## ORDER

Upon reading the parties' joint motion for an order implementing certain case management procedures, staying discovery, and dividing the remainder of the proceedings into two phases; upon other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the Court hereby divides the remainder of the proceedings into two phases.

## PHASE I

It is hereby ORDERED that, given the parties' filing of the attached Rule 56.3 joint statement of uncontested material facts along with their agreement to representative styles, the parties shall brief the legal questions identified in the parties' motion for case management procedures as follows:

- Plaintiff shall file its motion for partial summary judgment pertaining to the eight categories of merchandise identified

- in the parties' motion for case management procedures by April 13, 2022.

- Defendant shall file its combined cross-motion for partial summary judgment pertaining to the eight categories of merchandise identified in the parties' motion for case management procedures and response to plaintiff's motion by June 1, 2022.

- Plaintiff shall file its combined reply/response brief by July 20, 2022.

- Defendant shall file its reply brief by August 17, 2022.

## PHASE II

It is hereby ORDERED that the parties shall file a joint status report and a proposed scheduling order governing phase two within 14 days of the Court's decision rendered during phase one. The joint proposed scheduling order should provide for any discovery that may be necessary for the issues encompassed by phase two, including depositions.

/S/   Gary S. Katzmann
GARY S. KATZMANN, JUDGE

Dated: New York, New York
       February 2, 2022