**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. GARY S. KATZMANN, JUDGE**

---------------------------------------------------------------- X
**SECOND NATURE DESIGNS LTD.,**          :
                                         :
     **Plaintiff,**              :
                                         :
     *v.*                        :          **Court No. 17-cv-00271**
                                         :
**UNITED STATES,**                       :
                                         :
     **Defendant.**              :
---------------------------------------------------------------- X

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Second Nature Designs Ltd., respectfully submits this notice of supplemental authority to direct the Court's attention to Judge Kelly's recent Slip Opinion, *Cyber Power Systems (USA) Inc. v. United States*, Court No. 21-200, Slip Op. 22-85 (July 20, 2022), which held that the Government lacks the statutory authority to assert a counterclaim in 28 U.S.C. 1581(a) classification litigation. Although not binding on this Court plaintiff submits that it is persuasive authority regarding the Defendant's motion to amend its answer to assert a counterclaim, ECF 92.

                                            Respectfully submitted,

                                            /s/ John M. Peterson
                                            John M. Peterson
                                            Patrick B. Klein
                                            NEVILLE PETERSON LLP
                                            *Counsel for Plaintiff*
                                            One Exchange Plaza
                                            55 Broadway, Suite 2602
                                            New York, NY 10006
                                            (212) 635-2730
                                            jpeterson@npwny.com

Dated: July 20, 2022