UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SECOND NATURE DESIGNS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Gary S. Katzmann, Judge <br> Court Nos. 17-00271, 18-00131 |

## ORDER

Upon consideration of plaintiff's motion to designate Court No. 17-00271 a test case and to suspend Court No. 18-00131 thereunder, defendant's opposition to that request, and defendant's separate motion requesting plaintiff to file a complaint in Court No. 18-00131, and plaintiff's response thereto, it is hereby

**ORDERED** that plaintiff's motion is denied; and it is further

**ORDERED** that defendant's motion is denied as moot in light of the court's July 25, 2022 decision finding that there is no cause of action for the assertion of counterclaims. Slip Op. 22-86 and Order, Court No. 17-00217, ECF No. 110.

/s/   Gary S. Katzmann
         Judge

Dated: Click here to enter a date
         New York, New York