```
UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE
```

| | |
|---|---|
| SECOND NATURE DESIGNS, LTD., | : |
| Plaintiff, | : Court No. 17-00271 |
| v. | : |
| UNITED STATES, | : |
| Defendant. | : |

# DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Rules 1 and 56(c)(3) of the Rules of this Court, defendant, the United States, respectfully submits this notice of supplemental authority to direct the Court's attention to the recent decision in *Nature's Touch Frozen Foods (West), Inc. v. United States*, Slip Op. 23-82 (May 26, 2023), which, among other things, held:

> Under GRI 1 (and GRI 6, for subheadings), if a product is not described in whole by any named subheading, it falls into the residual or basket subheading "Other." *See, e.g.*, *DMV USA, Inc. v. United States*, 25 C.I.T. 970, 972 (2001) ("In the event that merchandise is not found to be classifiable under a specific subheading, it is then classified as 'other.'"); *Cargill, Inc. v. United States*, 318 F. Supp. 2d 1279, 1290 (CIT 2004) ("Since the merchandise does not fit under a named provision, it must be classified elsewhere, under the basket provision[.]"). . . .
>
> When interpreting the text of basket subheadings like "Other," the Federal Circuit has ruled that the term should be read *broadly*. *See Rollerblade, Inc. v. United States*, 282 F.3d 1349, 1354 (Fed. Cir. 2002) (stating that residual subheadings such as "other [sports equipment]" are "'intended as a *broad catch-all* to encompass the classification of articles for which there is not a more specifically applicable subheading'") (quoting *EM Indus. v. United States*, 22 C.I.T. 156, 165 (1998)) (emphasis added).

Slip Op. 23-82, at 35-36. This decision is non-final as the time for further review has not yet expired. But we offer this authority in further support of our analysis of the tariff classification

of plaintiff's merchandise, set forth in our cross-motion for partial summary judgment (ECF 115).

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        PATRICIA M. McCARTHY
                                        Director

By:    <u>/s/ Justin R. Miller</u>
           JUSTIN R. MILLER
           Attorney-In-Charge
           International Trade Field Office

           <u>/s/ Brandon A. Kennedy</u>
           BRANDON A. KENNEDY
           Trial Attorney
           Civil Division, U.S. Dept. of Justice
           Commercial Litigation Branch
           26 Federal Plaza, Room 346
           New York, New York 10278
           Tel.: (212) 264-9230
           *Attorneys for Defendant*

Dated: May 31, 2023