## UNITED STATES COURT OF INTERNATIONAL TRADE

SECOND NATURE DESIGNS, LTD.,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

Before: Lisa W. Wang, Judge

Court No. 17-00271

## AMENDED SCHEDULING ORDER

Upon consideration of Plaintiff's motion to amend the schedule, ECF No. 158, and the papers and proceedings herein, it is hereby:

**ORDERED** that fact discovery shall be completed by Friday, May 8, 2026;

**ORDERED** that any motions regarding the sufficiency of discovery shall be filed by Monday, June 8, 2026;

**ORDERED** that dispositive motions, if any, shall be filed by Tuesday, June 9, 2026. A brief in response to a dispositive motion may include a dispositive cross motion; and

**ORDERED** that if no dispositive motions are filed, a request for trial, if any, accompanied by a proposed order governing preparation for trial, shall be filed by Thursday, July 9, 2026.

                                        /s/     Lisa W. Wang
                                                             Judge

Dated: <u>January 6, 2026</u>
       New York, New York